**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Workineh Liben** ) | Case No. 3:08-cv-04609-JL |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **Bureau of Collection Recovery, LLC** ) | **HONORABLE** Magistrate James Larson |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 7th day of January, 2009.

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

1 | Filed electronically on this 7th day of January, 2009, with:
2 |
3 | United States District Court CM/ECF system
4 | Notification sent electronically via the Court's ECF system to:
5 |
6 | Honorable Magistrate James Larson
7 | United States District Court
  | Northern District of California
8 | Notification sent via US Mail to:
9 |
10 | Tricia Olsen
   | Morrison Fenske & Sund, P.A.
11 | 5125 County Road 101, Suite 202
   | Minnetonka, MN 55345
12 | Counsel for Defendant
13 |
14 |
15 | This 7th day of January, 2009.
16 | s/Tammy Hussin
17 | Tammy Hussin