Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Workineh Liben** | ) Case No. 3:08-cv-04609-JL |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **Bureau of Collection Recovery, LLC** | ) (Assigned to the Honorable James Larson) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 16th day of January, 2009

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

1  Filed electronically on this 16th day of January, 2009, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

5  Honorable Magistrate James Larson
United States District Court
6  Northern District of California

7  Notification sent via US Mail to:

9  Tricia Olsen
Morrison Fenske & Sund, P.A.
10  5125 County Road 101, Suite 202
Minnetonka, MN 55345
11  Counsel for Defendant

14  This 16th day of January, 2009.

15  s/Tremain Davis
Tremain Davis